PARSONS BEHLE & LATIMER
Rew R. Goodenow, Esq., NV Bar No. 3722
Robert W. DeLong, Esq., NV Bar No. 10022
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: RGoodenow@parsonsbehle.com
RDeLong@parsonsbehle.com

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Application of<br><br>COMMERCIAL BANK OF DUBAI<br><br>                         Petitioner,<br><br>for an Order under 28 U.S.C. § 1782(a) Authorizing Service of a Subpoena to Require Testimony and the Production of Documents by<br><br>NEVADA TITLE COMPANY,<br>WYNN RESORTS, LTD.,<br>WYNN LAS VEGAS LLC,<br>CAESAR'S ENTERTAINMENT CORP.,<br>CAESAR'S ENTERTAINMENT OPERATING COMPANY INC., and<br>LAS VEGAS SANDS CORP.<br><br>                         Respondents,<br><br>for Use in an Action in Lawsuit No. 4733/2104, Sharjah Court of First Instance, Plenary Commercial, Sharjah, UAE; | Case No. 2:17-cv-01982-JCM-GWF<br><br>**REQUEST FOR TELEPHONIC APPEARANCE** |

/ / /

/ / /

The undersigned counsel of record for Petitioner Commercial Bank of Dubai ("CBD") hereby requests for permission to appear telephonically at the hearing set in this matter for August 31, 2017 at 9:30 a.m. before the Honorable Magistrate Judge George Foley.

DATED: August 17, 2017.                    PARSONS BEHLE & LATIMER

      /s/ Robert W. DeLong
Rew R. Goodenow, Esq., NV Bar No. 3722
Robert W. DeLong, Esq., NV Bar No. 10022
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: RGoodenow@parsonsbehle.com
RDeLong@parsonsbehle.com

Attorneys for Petitioner