# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COMMERCIAL BANK OF DUBAI, | Case No. 2:17-CV-1982 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| NEVADA TITLE COMPANY, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Commercial Bank of Dubai v. Nevada Title Company et al*, case number 2:17-cv-01982-JCM-GWF.

On July 20, 2017, petitioner Commercial Bank of Dubai ("petitioner") filed an *ex parte* petition for an order authorizing service of subpoenas upon the named respondents to this action, pursuant to 28 U.S.C. § 1782(a). (ECF No. 1). On September 6, 2017, Magistrate Judge Foley granted the petition. (ECF No. 7).

On October 29, 2018, petitioner filed a status report indicating that the subpoenas had been served upon named respondents and requested that the court dismiss this action without prejudice. (ECF No. 9).

Accordingly,

IT IS HEREBY ORDERED that this action be DISMISSED, without prejudice.

The clerk of court is instructed to close the case, accordingly.

DATED October 31, 2018.

James C. Mahan
UNITED STATES DISTRICT JUDGE